_____

No. 95-3847
_____

Robert G. Knoche,                    *
                                     *
          Appellant,                 *  Appeal from the United States
                                     *  District Court for the
    v.                               *  District of South Dakota.
                                     *
Michael Durfee,                      *           [UNPUBLISHED]
                                     *
          Appellee.                  *


_____

          Submitted:  June 28, 1996

            Filed:  July 5, 1996
_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Robert G. Knoche, a South Dakota prisoner, was convicted of forgery
and sentenced to thirteen years imprisonment.  The South Dakota Supreme
Court affirmed his conviction and sentence.  State v. Knoche, 515 N.W.2d
834 (S.D. 1994).  After pursuing various postconviction remedies, Knoche
filed this 28 U.S.C. § 2254 petition for habeas corpus relief.  The
district court[1] denied the petition without an evidentiary hearing, and
Knoche appeals.


     After careful review of the record before us and the parties' briefs
(including Knoche's pro se supplemental briefs), we conclude the district
court correctly denied Knoche's petition.  Accordingly, we affirm.  See 8th
Cir. R. 47B.

_____

     [1]The Honorable Lawrence L. Piersol, United States District
Judge for the District of South Dakota.

A true copy.

   Attest:

         CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.